FILED

07/03/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0413

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0413

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ROBERT MURRAY GIBBONS,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for extension of time to file the reply brief,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including August 4, 2023, within which to prepare, file, and serve Appellant's reply brief.

No further extensions will be granted.

.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 3 2023